United States District Court
Southern District of Texas
**ENTERED**
March 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERMAIN JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-18-1950 |
| UNITED STATES DEPARTMENT OF | § | |
| JUSTICE, BARACK HUSSEIN OBAMA, | § | |
| LORETTA LYNCH, VANITA GUPTA, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 15), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Furthermore, Plaintiff's Motion to Set Aside Order and Leave to Amend Petition (Docket Entry No. 16) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 20th day of March, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE